■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON SIERRA, Appellant. [712 NYS2d 619] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered April 30, 1998, convicting him of criminally negligent homicide and criminal possession of a weapon in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The evidence established that the defendant cocked the bolt of a semi-automatic assault weapon while pointing it toward the hallway in a house full of children and adults. The gun discharged and the bullet struck 17-year-old Dimas Perez in the head, killing him.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of criminally negligent homicide beyond a reasonable doubt (*see, People v Roe,* 74 NY2d 20, 23). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Santucci, J. P., S. Miller, Florio and McGinity, JJ., concur.